UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION 1:20-CR-000158-01** |
| **VERSUS** | **JUDGE DRELL** |
| **JEREMY ARMSTRONG** (01) | **MAGISTRATE JUDGE PEREZ-MONTES** |

ORDER

On the basis of the defendant's financial affidavit in this cause, the court determines that the defendant:

____   is financially able to employ counsel and, therefore, denies his application for appointment of counsel at government expense.

✓   is financially unable to employ counsel and appoints the Office of the Federal Public Defender for the purpose of representing defendant, or, alternatively, for the purpose of recommending counsel for appointment from the CJA Panel, and as a condition of the appointment

____   is ordered to pay to the Clerk of Court the monthly sum of $____.00 by the ___ of each month beginning _____, 2020, to help defray the payment to be made to court appointed counsel, until the conclusion of the proceedings in district court in the above-captioned case.

✓   is financially unable to pay the fee of any witness and, pursuant to Rule 17(b) of the Federal Rules of Criminal Procedure, the Clerk shall issue a subpoena for any witness, PROVIDED that the defendant and his counsel shall submit subpoenas only for those witnesses whose presence is necessary to present an adequate defense to the charge or charges.

THUS DONE AND SIGNED in chambers in Alexandria, Louisiana, this 20th day of August, 2020.

_____
Joseph H.L. Perez-Montes
United States Magistrate Judge