UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 1:20-CR-00158-01 |
| VERSUS | SENIOR JUDGE DEE D. DRELL |
| JEREMY DWAYNE ARMSTRONG | M.J. JOSEPH H.L. PEREZ-MONTES |

**WAIVER OF RIGHTS TO A SPEEDY TRIAL**

**NOW INTO COURT**, through undersigned counsel, comes Defendant, **JEREMY DWAYNE ARMSTRONG**, who respectfully represents that:

Upon advice of counsel, and after having his rights to a speedy trial as set forth in the Speedy Trial Act (18 U.S.C. §3161, et seq.) and the United States constitution explained to him by his attorney, Defendant, **JEREMY DWAYNE ARMSTRONG**, does hereby knowingly and intelligently waive his right to a speedy trial under the Constitution and laws of the United States and as per 18 U.S.C. §3161, et seq., and consents to the setting of a trial date more than 70 days after his initial appearance before the Magistrate.

This waiver is executed to allow defendant sufficient time and opportunity to complete the discovery process, to review the evidence against him, to prepare his defense to the charges contained in the indictment now filed against him, and to attempt to negotiate a resolution of the case most favorable to him with the government. Defendant, in the interest of justice, due to the complexity of this matter, believes that it is in his best interest for this matter to be tried outside of the limits described by the Speedy Trial Act and the Constitution of the United States.

Thus done and signed this _____ day of _____, 2020.

_____
JEREMY DWAYNE ARMSTRONG

RESPECTFULLY SUBMITTED,

REBECCA L. HUDSMITH
FEDERAL PUBLIC DEFENDER FOR THE
MIDDLE & WESTERN DISTRICTS OF LOUISIANA

BY:   **S/ JAMES L. KLOCK**
Louisiana Bar No. 36133
Assistant Federal Public Defender
102 Versailles Blvd., Suite 816
Lafayette, Louisiana 70501
(337)262-6336 (Phone)
(337)262-6605 (Fax)
COUNSEL FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record via notice of electronic filing (NEF).

Lafayette, Louisiana, this 23rd day of September, 2020.

S/ JAMES L. KLOCK