# United States Court of Appeals
# for the Fifth Circuit

---

No. 21-30712

---

United States of America,

*Plaintiff—Appellee,*

*versus*

Jeremy Dewayne Armstrong,

*Defendant—Appellant.*

---

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 1:20-CR-158-1

---

ORDER:

Jeremy Dewayne Armstrong has filed a pro se motion for the appointment of counsel in this direct criminal appeal. He was previously represented in the district court by the Federal Public Defender, who has withdrawn from the case. Armstrong's financial affidavit demonstrates that he is financially unable to retain counsel for his appeal.

Based on the foregoing, Armstrong's motion for the appointment of counsel is GRANTED. *See* 18 U.S.C. § 3006A(a)-(c); Fifth Circuit Plan for Representation on Appeal Under the Criminal Justice Act §§ 3-5. The clerk is DIRECTED to appoint counsel and to establish a briefing schedule once counsel is appointed.

No. 21-30712

Entered for the Court:

Kim B. Tycer
<br>
Kim Tycer
*Deputy Clerk*

2

# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

April 26, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 21-30712   USA v. Armstrong
                  USDC No. 1:20-CR-158-1

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Mary C. Stewart, Deputy Clerk
504-310-7694

Mr. Jeremy Dewayne Armstrong
Ms. Camille Ann Domingue
Ms. Elizabeth Cary Dougherty
Mr. Tony R. Moore